133 Realty 2010 LLC, Petitioner-Landlord-Appellant,
against
Patrick Fitzpatrick, Respondent-Tenant-Respondent.



Landlord, as limited by its brief, appeals from that portion of an order of the Civil Court of the City of New York, New York County (Laurie L. Lau, J.), dated August 4, 2017, which granted tenant's post-trial motion to permanently stay execution of the warrant of eviction in a holdover summary proceeding.




Per Curiam.
Order (Laurie L. Lau, J.), dated August 4, 2017, insofar as appealed from, affirmed, with $10 costs.
We find no abuse of discretion in the grant of the disabled tenant's motion to permanently stay execution of the warrant of eviction upon proof that he effected a cure by signing the renewal lease, albeit with a minor delay (see 72A Realty Assoc., L.P. v Mercado, 36 Misc 3d 137[A], 2012 NY Slip Op 51380[U] [App Term, 1st Dept 2012]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 17, 2018